FILED
JUL 11 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

19, plaintiff

v.

19's Kidnappers, Defendants.

CASE NO: 4:22cv581 Mazzant Nowak

To Be Assigned By Clerk

COMES TODAY pro se plaintiff 19, An unknown Isradi Jew from The Tribe of Judah (currently Jailed under the name Muamar Asad Sayyed # 105526 at the Grayson County Jail, and files this lawsuit against The Asad family, any and all known or unknown entities resposible for his kidnapping, The destruction of his life, reputation, and visage.

I. Short Statement of The Case

19 is an unknown Jewish Israeli who was kidnapped by the Asad family and others in Israel in the 1970's and brought to U.S. against his will.

-1-

## II. Parties To The Lawsuit

Plaintiff: Muamar Asad Sayyed #105526
Grayson County Jail
200 S. Crockett
Sherman, Texas 75090

Defendants: 1. Asad Asad (Deceased), Buried at Restland Cemetery, Richardson, Texas.
2. Fatmah Asad (Deceased), Buried Near Wylie, TX.
3. Sharif Asad (Address unknown) phone # 972-415-5381
4. Heyam Asad/Abul Neel 1001 Brentwood, Murphy, TX 75094 phone # 469-744-5875
5. Ilham Asad/Iflieha (Address unknown) # 214-512-7204
6. Nadia Iflieha (Daughter of #5) unknown Address & phone.
7. Ahlam Asad/Bushnaq 1310 Ardmore, Wylie, Texas 75098 phone # 214-603-0535
8. Mohammed Asad 214 Hampton, Fate, TX phone # 469-750-6695
9. Ekram Asad/Skiak (Address unknown/Wylie, Texas) phone # 214-205-3554 (Husband) Hers: 469-264-2837

-2-

## III. Relief Sought

1. The prosecution of The Defendants.
2. An immediate investigation of The Kidnapping.
3. Investigation of Real Identity of Plaintiff.
4. Returning plaintiff to his real Jewish family.
5. A monetary award to be determined by Jury.
6. Appointment of lawyer for plaintiff.
7. Any other relief deemed/granted by this Court.

## IV. Argument

Plaintiff (19 stands for Adam) is nearly 50 years old who was kidnapped as a young child from an Israeli Jewish family in Jerusalem, Israel around 1972. The plaintiff/victim does not know his real name since the Defendants/Kidnappers gave him a fake name and a name of an Arab Muslim (Muamar Asad Sayyed / AKA Muamar Asad Asad (Alien# A42 164 835). Plaintiff seeks an investigation and his reunification with his real family.

Genetic Geneology, Also Known as forensic Geneology has already confirmed conclusively that the plaintiff is not a member of the Absad family.

So who is the plaintiff? And for what reason was he taken from his real family and brought to be destroyed into the United States?

No motive is needed to prove a Kidnapping charge. Either DNA evidence can be relied on or not? And we rely on DNA evidence all over the U.S. courts in America.

Plaintiff seeks an immediate and transparent investigation into his Kidnapping starting with the collection of DNA samples from all Defendants including those deceased and already buried.

### A Diabolical Motive

Although a motive is not needed to prove a Kidnapping, plaintiff might be able to shed some light on the matter.

Let us suppose, for example, that we knew that Hitler would cause the death of 72 million people

-4-

including 6 million Jews. Our knowledge came from the science of codebreaking the Jewish Torah, not unlike the work done during world war II in Bletch park by professor Bradford in England. Would it then be inconcievable to do something to stop him?

So with the combined powers of the U.S., England, the Allies, and the Jews, The Hitler Baby is switched at birth and raised instead as a Jew. In so doing, over 100 million are spared the misery, pain and suffering of world war II.

## The Arab Muslims of the Middle East

The United States and Israel are the declared sworn enemies of the Arab Muslims of the Middle East. Let us never forget 9/11/2001?!

As with the Hitler example, Suppose that the Arabs — After their disgraceful defeats in 48 and 67 — learned through codebreaking Divine books that the Jews and Christian's Messiah and Savior that would make Israel the leader of Earth alongside the U.S., would

-5-

be born on a certain date, place, and given a certain name. As with Hitler example, the Arabs switched the Jewish Israeli baby (plaintiff) with another child.

Of course we are not certain why the switch or the kidnapping was done. What we are certain off is that DNA evidence proves that something was done. Why? We are not sure.

## V. Conclusion And Prayer

DNA conclusive Evidence proves that plaintiff was not the biological son or brother of the named Defendants. As such plaintiff prays that he is granted the relief that he seeks.

## VI. Unsworn Declartion

Plaintiff (19), AKA Muamar Asad Sayyed 105526, Do hereby declare and certify that the information in this lawsuit is true and correct to the best of his ability.

Signed on This, the 7th day of July, 2022

Muamar Asad Sayyed #105526   /s/ Muamar
200 S. Crockett, Sherman, TX 75090

## VII. Certificate of Service

This is to certify that copies of this lawsuit were mailed to the Defendants to the 3 known addresses listed on page 2 of this lawsuit.

Mailed on this, the 7th day of July, 2022

Plaintiff, pro se
19 (Adam)
Aka Muamar Sayyed

*Muamer* (signature)

Muamar Asad Sayyed
#105526
Grayson County Jail
200 S. Crockett
Sherman, Texas 75090